1  Judith Droz Keyes (CA State Bar No. 66408)
   Mark C. Gabel (CA State Bar No. 253729)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599
   Email: jkeyes@dwt.com
5         markgabel@dwt.com

6  Attorneys for Defendant
   CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
7

8  Richard C. Raines (CA State Bar No. 62460)
   GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES
9  279 Front Street
   Post Office Box 218
10 Danville, CA 94526
   Telephone: 925.837.0585
11 Facsimile: 925.838.5985
   Email: rcr@gagenmccoy.com
12

13 Attorneys for Plaintiff
   KYLE CARDOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CARDOZA, | Case No. CV 12-1371 CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION RE: DISMISSAL** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and DOES 1-200, | State Court Action Filed: January 31, 2012<br>Action Removed: March 19, 2012 |
| Defendants. | Assigned to the Honorable Charles R. Breyer |

1

[Proposed] Order Granting Stipulation Re: Dismissal,, Case No. CV 12-1371 CRB
DWT 20523226v1 0052051-015260

1    Pursuant to stipulation by and between Plaintiff KYLE CARDOZA, on the one hand, and
2  Defendant CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS on the other hand, this
3  action is dismissed in its entirety and with prejudice.  Each party shall bear his/its own attorneys'
4  fees and costs.

6    **IT IS SO ORDERED.**

8  DATED:  October 25, 2012

By: _____
Hon. Charles R. Breyer
Senior D...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / signature]*

DAVIS WRIGHT TREMAINE LLP

2
[Proposed] Order Granting Stipulation Re: Dismissal, Case No. CV 12-1371 CRB
DWT 20523226v1 0052051-015260